## INDEX OF EXHIBITS

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | USPTO website printout confirming the registration of No. 2,952,818 (the "'818 Mark"). |
| B | USPTO website printout confirming the registration of No. 3,163,288 (the "'288 Mark"). |
| C | USPTO website printout confirming the registration of No. 3,254,019 (the "'019 Mark"). |
| D | USPTO website printout confirming the registration of No. 2,936,743 (the "'743 Mark"). |